AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

FILED
U.S. DISTRICT COURT
2012 JAN 13 A 10: 46
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

Central Division for the District of Utah

| | |
|---|---|
| Jodell Hills | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| Bryce Karl and Karl Hospitality Inc | |
| | Case Number: 2:10 cv 1023 CW |

IT IS ORDERED AND ADJUDGED

that judgment be entered in favor of the plaintiff and against the defendants Bryce Karl and Karl Hospitality, Inc, jointly and severally, in the total amount of $53,093.86. The judgment shall bear interest at the statutory post-judgment rate pursuant to 28 U.S.C. §§1111961(a)-(b). This judgment shall be augmented to include reasonable post-judgment attorneys fees and costs incurred by plaintiff in collecting the judgment as established by affidavit of counsel upon notice to defendants.

January 13, 2012
*Date*

D. Mark Jones
*Clerk of Court*

_(signature)_
*(By) Deputy Clerk*